UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF STATE MICHIGAN

BELINDA LAWLER,

Plaintiff,

v

STEVEN BLANK,

Defendant.

Civil Action No.:
Hon.:
Magistrate Judge:

______________________________________________/

HEATHER J. ATNIP (P69613)
JEFFERY S. SPRYS (P68261)
ATNIP & ASSOCIATES, PLLC
Attorneys for Plaintiff
400 Water St., Ste. 205
Rochester, MI 48307
(248) 599-1607

______________________________________________/

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

# COMPLAINT

NOW COMES Plaintiff, Belinda Lawler, by and through her attorneys, Atnip & Associates, PLLC, and for her Complaint states:

## THE PARTIES AND ACCIDENT LOCATION

1. Plaintiff, Belinda Lawler, was at all relevant times herein, a citizen and domiciled in the City of Plano, County of Collin, State of Texas.

2. Defendant, Steven Blank, was at all relevant times herein, a citizen and domiciled in the City of Plymouth, County of Wayne, State of Michigan.

3. The incident or occurrence alleged in this Complaint took place in the City of Birmingham, County of Oakland, State of Michigan.

## JURISDICTION AND VENUE

4. Jurisdiction over this action is satisfied by 28 U.S.C. § 1332(a) because the amount in controversy is in excess of $75,000.00 exclusive of costs, interest, and attorney fees and is otherwise within the jurisdiction of this Court.

5. Jurisdiction over this action is satisfied by 28 U.S.C. 1332(a)(1) because the parties are citizens of different States. More specifically, Plaintiff, Belinda Lawler is a citizen of Texas and Defendant, Steven Blank is a citizen of Michigan.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) and (c) for the reason that Defendant, Steven Blank is a Michigan citizen who is domiciled and resides within the territory of the U.S. District Court for the Eastern District of Michigan and Defendant is subject to personal jurisdiction.

## COUNT I – NEGLIGENCE – STEVEN BLANK

7. Plaintiff incorporates by reference paragraphs 1 through 6, as if set forth fully herein.

8. On or about July 29, 2020, Plaintiff was a driver in a 2019 Ford Fusion traveling southbound on Woodward Ave. at or near the intersection of Oakland Ave., in the City of Birmingham, Michigan.

9. At the above said date and time, Defendant, Steven Blank, was operating a 2008 Jeep, and was crossing westbound on to Oakland from northbound Woodward in the City of Birmingham, Michigan.

10. At the above said date and time, Defendant, Steven Blank ran a red light and was involved in a collision with Plaintiff's vehicle.

11. At the above said date and time, Defendant, Steven Blank, owed Plaintiff the following duties of care:

a. to operate the motor vehicle on the roadway in a manner and at a rate of speed that would permit it to be stopped within a safe distance, MCL 257.627(1);

b. not to operate the vehicle carelessly and heedlessly with willful and wanton disregard for the safety and rights of others, MCL 257.626(2);

c. to keep the automobile constantly under control;

d. to attempt to stop the vehicle when Defendant knew or should have known that failure to do so would naturally and probably result in injury to Plaintiff;

e. to observe the highway in front of Defendant's vehicle when Defendant knew or should have known that failure to observe Plaintiff's oncoming vehicle would endanger the life or property of other persons using the roadway;

f. to observe his surrounding when Defendant knew or should have known that the failure to observe his surroundings would endanger the life or property of other persons using the roadway;

g. to come to a full stop before entering the roadway from a private road or driveway and to yield to all approaching vehicles, MCL 257.652; and

h. other duties of care to be determined through the course of discovery.

12. As a direct and proximate result of the breach of Defendant's duties, the collision occurred and the injuries stated in this Complaint resulted.

13. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered serious injuries and may in the future suffer or may permanently suffer mental anguish, pain and suffering, injuries, and limitations, including serious impairment of body function or permanent or serious disfigurement and aggravation of any preexisting conditions. Plaintiff's damages include, but are not limited to, the following injuries:

a. serious injuries to her back, neck, arm, leg, head, knees, and wrist, as well as other related and appreciable difficulties, injuries, or consequences that have occurred, developed, or aggravated any preexisting problem that might have existed;

b. pain, suffering, and mental anguish;

c. other damages, injuries, and consequences that are found to be related to the automobile accident that developed during the course of discovery, to the extent that the damages are recoverable under the Michigan No-Fault Insurance Act.

WHEREFORE, Plaintiff requests that this Court award damages against Defendant, Steven Blank, and in favor of Plaintiff in whatever amount she is found to be entitled in excess of $75,000.00, plus interest, costs, and attorney fees.

Respectfully submitted,

ATNIP & ASSOCIATES, PLLC

Dated: February 15, 2022

/s/ Jeffery S. Sprys

Jeffery S. Sprys (P68261)
Atnip & Associates, PLLC
Attorneys for Plaintiff
400 Water Street, Suite 205
Rochester, Michigan 48307
248.674.4404 p | 248.674.4774 f
jeff@atniplawyers.com

## LOCAL RULE CERTIFICATION

I, **Jeffery S. Sprys**, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Respectfully submitted,

ATNIP & ASSOCIATES, PLLC

Dated: February 15, 2022

/s/ Jeffery S. Sprys
Jeffery S. Sprys (P68261)
Atnip & Associates, PLLC
Attorneys for Plaintiff
400 Water Street, Suite 205
Rochester, Michigan 48307
248.674.4404 p | 248.674.4774 f
jeff@atniplawyers.com