UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BELINDA LAWLER,

    Plaintiff,

v.

                                        Case No. 22-cv-10310
                                        Hon. Matthew F. Leitman

STEVEN BLANK,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 15)

    In this civil action, Plaintiff Belinda Lawler asserts a third-party automobile negligence claim against Defendant Steven Blank. Lawler's claim arises from a motor vehicle accident that took place on July 29, 2020. On December 13, 2022, Lawler filed a Motion for Partial Summary Judgment. (*See* Mot., ECF No. 15.) In that motion, she asks the Court to enter an order holding, as a matter of law, that "the tort liability limitations set forth in the Michigan No-Fault Act contained within MCL 500.3157, MCL 500.3157a, and MCL 500.3107(1)(b) are inapplicable to this case." (*Id.*, PageID.58.) Defendant Steven Blank filed a Response on March 27, 2023, explaining that he does not oppose Lawler's motion. (*See* Resp., ECF No. 22.)

Given Blank's response, Plaintiff's Motion for Partial Summary Judgment (ECF No. 15) is **GRANTED**. The tort liability limitations set forth in the Michigan No-Fault Act (MCL 500.3157, MCL 500.3157a, and MCL 500.3107(1)(b)) are inapplicable to this case.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: April 18, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126